IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON J. JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-179-RP |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § § § | |
| Defendant. | § § | |

## ORDER

On July 6, 2023, Plaintiff dismissed all claims in this case with prejudice under Rule 41(a)(1)(A)(ii). (Dkt. 10). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE